Simms v. Houser, 3:21-cv-321

To Judge Malachy E. Mannion,

Today, I was informed that my Transfer to the "PCU" was denied and I'm going to be forced to go back to general population amongst the same gang members that want to kill me.

I've been in Solitary Confinement with little to no human contact and my mental is suffering. I've been in this setting for almost a year and a half.

This §1983 suit was filed officially on 3-16-21 and it was accompanied by a TRO/Preliminary Injunction. In this TRO/Preliminary Injunction I asked to have the court intervene on this verry issue and to stop a transfer to a worse prison. I don't mind being transferred to a prison with a low population of gang members, nor would it bother me as bad if I was allowed to have my electronics to increase human contact and contact with my family while remaining where I am until the outcome of the case.

Your Honor, I filed these things to avoid irreparable injury. As it stands, My mental well-being is being severly and permanently damaged. I'm now on medication and I cannot be around multiple people without "freezing up." I'm having full blown panic attacks that can kill just the same as a heart attack. This has been confirmed by medical personnel. These conditions are killing me in a verry real way and the damages of solitary confinement on the human mind is well known.

I have 2 options. Refuse to leave the RHU or go to population. I have weighed these options and have come to a conclusion. The permanent damages and physical effects it's having on me (stress, panic attacks) as well as

pg1

the phsycological effects are going to kill me or permanently "mess me up" for life and I can notice a substantial difference now compared to when I first arrived in solitary confinement. The other option is a quick death that I can at least fight. While neither of these options are ideal (or constitutional) I've made a decision to what I'm going to do.

I'm going to refuse to go to population (This'll earn me 30 more days of solitary confinement) one time to allow ya time to review my complaint, my TRO/Preliminary Injunction, and the contents of this letter. I beg ya to rule on this matter before this month (May) is over. After the 30 days is up (Possibly sooner because malicious PRC members can "cut" my time and force me to go to population sooner), I am going to go back to population. I can no longer take the torture of solitary confinement and the sadistic mind games staff play. If I have to choose between the 2 styles of death, I choose to make it a fast one (population).

In no way do I intend to dismiss my TRO/preliminary Injunction or have my actions (that are forced under duress) be construed as my not needing it anymore. I simply cannot endure anymore torture. I'm not being dramatic and you'll find that I'm actually under stating the matter. Your Honor, I do not want to die in prison or be forced to violence. Please help.

Sincerely,
Signed: [signature]

Shaun Simms JP4032
Pro-Se Litigant
Box A
Bellefonte, Pa. 16823

Dated: 5-3-21

p.2

Smart Communications
Pa SCI Rockview
Shaun Simms JP4637
Po Box 33028
St. Petersburg, FL 33733

INMATE MAIL
PA DEPT OF
CORRECTIONS

To The Honorable Judge Malachy E. Mannion
U.S. District Court
Middle District of Pa.
235 N. Washington Ave.
Po Box 1148
Scranton, Pa. 18501

RECEIVED
SCRANTON
MAY 06 2021
PER_____ DEPUTY CLERK

Legal

control #50491148 BOSS