Case 3:21-cv-00321-MEM-DB Document 24 Filed 06/07/21 Page 1 of 3

FILED
SCRANTON
JUN 07 2021
PER _____
DEPUTY CLERK

Simms v. Houser, 3:21-cv-321

To the court,

Today at 10:30 AM Defendant Timothy Miller had an officer call me to PRC to talk about my Transgender Status in front of regular C.O.'s, counselors (not mine), Deputy wardens, superintendent, physics, just to name a few. All except for 2 of these people are actually involved in this process (transgender) and the others are not compelled to patient/client confidentiality and have a horrible history of exposing people's personel/private things. — Aloud so that the whole range of inmates heard.

Then he sent security to my cell (Defendant Sherman) and he shouted if I wanted to talk to security as well about transgender things.

Then Defendant Miller himself came to my cell and opened my shield (to make it look like a private conversation) and made sure he spoke loud enough for inmates on a different unit could hear.

I just sent an affidavit on this and used the past to predict the future. They are now using my transgender status as a weapon! I am distraught and cannot stop crying. I'm being harassed and victimized all over again. This is what I get for trying to cooperate. Please do something. I refuse to talk to all staff now. I cannot trust them. My life is ruined. Consider this an affidavit.

Date: 6-2-21  Signed: [signature] Shaun Simms JP4037
Box A  Bellefonte, Pa. 16823

I even tried to tell Miller to not talk as loud and he smiled, shrugged his shoulder and spoke even louder.

happened on 6-2-21 at approx 10:30AM

Smart communications =
PA SCI Rockview
Shaun Simms JP4037
Po Box 33028
St. Petersburg, PL. 33733

Legal

RECEIVED
SCRANTON
JUN 07 2021
PER _____
DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES
ZIP 16823
02 4W         $ 000.51⁰
0000376203 JUN 03 2021

U.S. District Court
Middle District of PA.
235 N. Washington Ave
Po Box 1148
Scranton, PA. 18501