Simms v. Hauser, 3:21-cv-321

The court,

I need help. I do not know what to do. Please order me to do something or act as you see fit.

As you are aware, I have been refusing to go to population because of gang members wanting to hurt me.

Last year, Defendants made a show of placing me on A/C status pending a Protective Custody Unit (PCU) transfer that I wasn't eligible for. It was subsequently denied.

I was then repeatedly ordered to return to population and stripped of my belongings.

I came out as Transgender and just as I feared (and I said as much), it was weaponized against me.

6 months ago, Defendants had verified threats against my life in general population and again placed me on A/C status pending transfer.

They processed me for the PCU again. It was (of course) denied.

I am currently sitting in solitary confinement "pending transfer" on paper but without any action being taken. I've been held like this since February 2022. If no action is taken, I can legally be held like this (per policy) indefinitely.

Against my better judgement, I cooperated with Securities' wishes and gave them the name of the main gang member who's held me captive for years and abused me.

Just as I feared, security told me (or lead me to believe) that they informed this person of my report and went further and relayed the person's message to

Pg1

"come out to population." This is an obvious Taunt and Defendants relayed it for the gang member.

Now, on top of security showing my pic/name to all gang leadership in Rockview under the guise of "vetting" me for my safety, they also told the specific gang member I reported abuse on. This is exactly why I refused to give them the name in the first place.

Further, Defendants now tell me that I will be ordered to go back to population "soon."

How can they verify threats to my life and then order me to into that same population? I have all of this on paper.

I really don't want to put this person's name on paper because it can be retrieved by inmate's outside resources. So please redact or keep the next pages off of the docket or seal it. I'll mark it "confedential."

I intentionally didn't send any of this to opposing counsel for confedentiality.

INTENTIONALLY
LEFT
BLANK

Pg 2

Smart Communications
PA SCI Rockview
M.S. Shawn Simms JP4037
Po Box 33028
St. Petersburg, FL 33733

RECEIVED
SCRANTON
MAY 18 2022
PER ___SP___
DEPUTY CLERK

U.S. District Court
Middle District of Pa
235 N. Washington Ave.
Po Box 1148
Scranton, Pa. 18501

Legal    Control #_____

"Inmate Mail - PA DEPT. OF CORRECTIONS"