Simms v. Houser 3:21-cv-321

Your honor

Defendants have now completely stripped me of all property for excersieing a part of my religious requirements. That is, eating once every 3 days.

They have barred me from my legal work, books, library, and removed all off my priviledges in complete violation of Phsyc policy 13.8.1. I'm supposed to be allowed to keep my property. As I write this, I'm arguing about this.

Defendants are retaliating AGAIN. They are putting me is an even more restrictive position while on non-punishment status currently, I'm housed in the most restrictive unit and they want me to move to suicide watch/POC without anything which is more restrictive than the unit they want to move me from. All under the guise of "safety precautions." I need the carts intervention.

Shelly Simms
BoxA
Bellefonte, Pa. 16823

They have interferred with my medical treatment (since Defendant Rowe is the acting healthcare administrator, member of PRC/PAC and involved with medical) which resulted in the denial of my Gender Dysphoria diagnosis from the DOC contracted specialist (who is also co-workers with Defendants from my other lawsuit - Simms v. Dancha, 3:20-cv-1411). This means that I am now completely barred from all transgender treatment because "u made too big a fuss" (Hunger strikes to make them evaluate me) and because "Your going full throttle" - I filed complaints/grievances over not receiving any treatment.

Smart Communications
PA SCI Rockview
MS. ShaunSimms JP4032
Po Box 33028
St. Petersburg, FL 33733

JOHNSTOWN PA 159

01 JUN 2022 PM 2 T

U.S. District Court
Middle District of Pa.
235 N. Washington Ave
Po Box 1148
Scranton, Pa. 18501

RECEIVED
SCRANTON

JUN 03 2022

PER _____ DEPUTY CLERK

"Inmate Mail - PA DEPT. OF CORRECTIONS"

Control #FP1146

Legal