UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN M. SIMMS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-0321 |
| v. | : | (JUDGE MANNION) |
| **MORRIS L. HOUSER,** *et al.*, | : | |
| Defendants | : | |

# ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss Plaintiff's amended complaint (Doc. 59) is **GRANTED.**

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

4. Plaintiff's motion to stay all deadlines[1] until after his transfer (Doc. 77) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: September 29, 2022
21-0321-02-ORDER

---

[1] The Court notes that there are no outstanding deadlines in the above captioned action. Defendants' motion to dismiss has been fully briefed.